AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ELIZAR SAUCEDO MADRID<br>a/k/a "Chiquito"<br>*Defendant* | ) ) ) ) ) ) ) | Case No.  7:15-CR-024-002 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ELIZAR SAUCEDO MADRID a/k/a "Chiquito",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

TITLE 21 USC § 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETINE

Date:    01/28/2015

*Issuing officer's signature*

City and state:      MIDLAND, TX                                    M.SERNA, DEPUTY CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*